# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

134065 & (24) (25) (26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARKELL MARSH,
      Defendant-Appellant.

SC: 134065
COA: 272667
Wayne CC: 01-012195

_____/

      On order of the Court, the application for leave to appeal the May 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for miscellaneous relief are DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

s0317